PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Chi-Won Jeon    Cr.: 11-00216-001
    PACTS #: 59174

Name of Sentencing Judicial Officer:    THE HONORABLE KATHARINE S. HAYDEN
    SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 01/23/2014

Original Offense:    Conspiracy to Unlawfully Produce Identification Documents and Commit Credit Card Fraud, and Aggravated Identity Theft.

Original Sentence: 60 months probation

Special Conditions: 300 hours Community Service, New Debt Restrictions, $200 Special Assessment, and $231,258.85 in Restitution.

Type of Supervision: Probation    Date Supervision Commenced: 01/23/2014

## STATUS REPORT

Ms. Jeon currently resides in Englewood Cliffs, New Jersey, and she has been employed with International Intimates since September 2010. We believe that Ms. Jeon has paid the court-ordered restitution to the best of her financial ability. To date, she has paid $20,905.01 towards the restitution balance. It should be noted that should her term of supervision expire as scheduled, her case will be referred to the U.S. Attorney's Office, Financial Litigation Unit, for the collection of any outstanding criminal monetary penalties.

**Recommendation:** It is respectfully requested that Your Honor take no further action and allow Ms. Jeon's term of supervision to expire as scheduled on January 22, 2019.

Respectfully submitted,

*Michelle Siedzik*

By: Michelle A Siedzik
    U.S. Probation Officer
Date: 10/16/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken at This Time – Supervision to Expire on January 22, 2019.

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

10/18/18
_____
Date